AO 93 (Rev. 11/13) Search and Seizure Warrant

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

MAR 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **MJ20-089 (2)**
The 2006 Black Toyota Tundra, WA plate number )
C70066N, more fully described in Attachment A2 )
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

The 2006 Black Toyota Tundra, WA plate number C70066N, more fully described in Attachment A2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B2 for list of items to be seized.

YOU ARE COMMANDED to execute this warrant on or before **3/10/20**  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in West. Dist. of Washington___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  February 25, 2020 at 9:45 a.m.     _____
                                                            *Judge's signature*

City and state:   Seattle, Washington     Mary Alice Theiler, United States Magistrate Judge
                                           *Printed name and title*

USAO# 2018R00225

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ20-089 | Date and time warrant executed: 2/26/2020  12:11am | Copy of warrant and inventory left with: in vehicle |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached FD 597 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

3/23/20

Date: 3/13/2020

_____
Executing officer's signature

Michael Stults, Special Agent FBI
*Printed name and title*

USAO# 2018R00225

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266N-SE-3114255

On (date): February 26, 2020

Item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Cameron Brandon Shea
(Street Address) 16103 NE 95th Ct.
(City) Redmond, WA 98052

Description of Item(s): Seized From Black 2006 Toyota Tundra, WA C70066N

1 - Soft Cover Copy - Mein Kampf
2 - 1 Gallon Ziploc w/gloves
3 - Stencil, Cardboard w/Swastika
4 - Lighter, Black w/Swastika
5 - USB Drive, Kingston DataTraveler 32 GB

Nothing Follows

Received By: (Signature)
Printed Name/Title: SA Nathan R. Plough

Received From: (Signature)
Printed Name/Title:

## ATTACHMENT A2
## Property to be Searched

The property to be searched is the 2006 Black Toyota Tundra, WA plate number C70066N.





Attachment A2
USAO#2018R00225 – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B2
## Property to be Seized

Documents (in whatever form) relating to violations of Title 18, United States Code, Sections 2261A (Stalking); 876(c) (Mailing Threatening Communications); 245 (Federally Protected Activities); and 371 (Conspiracy), that is,

1. All documents relating to attempts to locate the home addresses of any members of the media, the Anti-Defamation League, persons who identify as Jewish, or ethnic minorities;

2. All documents relating to the Atomwaffen Division, including members of the group;

3. All documents containing swastikas, other Nazi symbols, or other symbology related to white-supremacist violent extremism;

4. All stamps, packaging tape, and blank envelopes;

5. All receipts reflecting purchases of stamps, packaging tape, or blank envelopes in January 2020;

6. All documents containing the monikers "Krokodil," "Lazarus," "14ALG88," "Azazel," "Roman," "Swissdiscipline," "OldScratch," or "पकजबतचषथबल"; and

7. All communications with Kaleb Cole.

Attachment B2
USAO#2018R00225 – Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970